<div style="display:flex;justify-content:space-between">
<div>
HARRY D. NORTON, JR.<br>
BRIAN M. MURPHY*<br>
WILLIAM M. SHEEHY<br>
KELLY P. CORRUBIA*<br>
LYNDA S. KORFMANN<br>
MICHELLE SURALIK-HORVATH<br>
JESSICA J. CENTAURO-PETRASSI *<br>
SUSI K. YANEZ<br>
<br>
OF COUNSEL<br>
JOANN RICCARDI-SCHUMAN<br>
<br>
―――――<br>
<br>
*ALSO MEMBER OF NEW YORK BAR
</div>
<div style="text-align:center">
<b>NORTON, MURPHY,<br>
SHEEHY & CORRUBIA, P.C.</b><br>
<br>
Attorneys at Law<br>
PNC Bank Building<br>
One Garret Mountain Plaza (5th Floor)<br>
Woodland Park, New Jersey 07424-3396<br>
<br>
TELEPHONE: (973) 881-1101<br>
FAX: (973) 881-1369
</div>
<div>
REPLY TO:<br>
<br>
X  Woodland Park<br>
<br>
Bergen County Office<br>
50 Chestnut Ridge Road, Suite 115<br>
Montvale, New Jersey  07645<br>
Telephone: (201) 930-9799<br>
Fax: (201) 930-9191<br>
E-mail:  bmurphy500@msn.com<br>
<br>
New York Office<br>
119 North Park Avenue, 4th Floor<br>
Rockville Centre, New York  11570<br>
Telephone: (212) 532-4826
</div>
</div>

August 8, 2018

Assistant Prosecutor Thomas McGuire, Esq.
Office of the County Prosecutor
Justice Center
10 Main Street, Suite 202
Hackensack, New Jersey  07601

      Re:    **John Oliveira vs. Borough of North Arlington, et al**
              **Civil Action No.:**    **2:15-cv-07717-JLL-JAD**
              **Our File No.:**          **H15BR-006-HDN**

Dear Prosecutor McGuire:

      This will confirm that the depositions of Assistant Prosecutor Cathy Foddai, Detective Dennis Conway and Sergeant Gary Allmers had been scheduled by way of Subpoena for deposition on July 27, 2018.  This will also confirm that your office indicated that those depositions could not go forward for a number of different reasons.

      Be that as it may, please be advised that the Subpoena is still in full force and effect.  I acknowledge  your phone call of August 6, 2018 indicating you will get dates for the two employees of the Prosecutor's Office and we will at another point learn your position with Ms. Foddai.  I look forward to hearing from you with dates for Detective Conway and Sgt. Allmers.

                                                          Very truly yours,

                                                           Harry D. Norton, Jr.
                                                           Hnorton@nashnj.com
                                                           Direct Dial: 973-881-1102

HDN, Jr.:sbp
cc:    The Honorable Dickson, U.S.M.J.
       Jason A. Rindosh, Esq.
       Paul S. Barbire, Esq./Trisha McTigue, File No.:  Z29493